# United States District Court
# Central District of California

| | |
|---|---|
| GOLD VALUE INTERNATIONAL TEXTILE, INC., | Case No. 2:15-cv-09617-ODW(PLA) |
|         Plaintiff, | **ORDER TO SHOW CAUSE RE. SETTLEMENT** |
|     v. | |
| IBERIA FASHION, LLC; and DOES 1– 10, | |
|         Defendants. | |

In light of the Notice of Settlement (ECF No. 38), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than March 1, 2017**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

February 1, 2017

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**